**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| TERESA HARRIS, | ) | |
| *Plaintiff*, | ) | |
| v. | ) | No. 2:26-cv-00015-JMD |
| MYLES STRID, et al., | ) | |
| *Defendants*. | ) | |

## JUDGMENT

**IT IS HEREBY ORDERED** that this action is **DISMISSED.** Plaintiff Teresa Harris's claim under 42 U.S.C. § 1983 (Count I) is **DISMISSED**, with prejudice. Harris's claim under Mo. Rev. Stat. § 537.080 (Count II) is **DISMISSED**, without prejudice.

Dated this 15th day of September, 2026

JOSHUA M. DIVINE
UNITED STATES DISTRICT JUDGE
FOR THE EASTERN AND WESTERN
DISTRICTS OF MISSOURI